USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILTON GREGORY, et al., <br><br>                     Plaintiffs, <br><br> -against- <br><br> RIVERBAY CORP. and RESIDENTIAL MANAGEMENT GROUP LLC d/b/a DOUGLAS ELLIMAN PROPERTY MANAGEMENT, <br><br>                     Defendants. | 23-CV-09481 (MMG) <br><br> **NOTICE OF REASSIGNMENT** |

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 11, 2024
       New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge