# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILTON GREGORY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RIVERBAY CORP., et al., <br><br> Defendants. | Civil Case No.: 1:23-cv-09481-MMG |

## NOTICE OF SETTLEMENT

Please be advised that Plaintiffs have reached a settlement in principle with Defendants Riverbay Corp. and Residential Management Group LLC d/b/a Douglas Elliman Property Management ("Defendants") to fully resolve all claims in this case. The parties are working diligently to finalize the remaining terms of the Settlement and respectfully request that they be given thirty (30) days to submit the finalized Settlement to the Court for approval. The parties also respectfully request that the Court adjourn all deadlines in the interim.

Dated: February 6, 2026

**FARUQI & FARUQI, LLP**

By: */s/ Innessa M. Huot*
Innessa M. Huot
685 Third Avenue, 26th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
ihuot@faruqilaw.com

*Attorneys for Plaintiffs, the FLSA Collective, and the Proposed Class*